IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| JEFFERY GAYLON DOUGLAS Plaintiff, vs. STATE OF TENNESSEE, JUDGE DONALD H. ALLEN, JANE DOE, JURIES 1-13, JOHN DOE, JURIES 1-13, SHAUN A BROWN, GREGORY GOOKIN, DANIELLE JONES, DR. LISA PIERCEY, JENNIFER PLUNK, F.S., minor child, RALPH TURNER, and JAMES G. WOODALL, Defendants. | No.: 1:12-cv-01276 |

## NOTICE OF REMOVAL

Defendant Danielle Jones[1] removes this case from the Circuit Court of Madison County, Tennessee, to the United States District Court for the Western District of Tennessee, Eastern Division.[2] In support of this Notice of Removal, Jones states as follows:

1.  On November 2, 2012, pro se Plaintiff Jeffrey Gaylon Douglas filed this action against Jones in the Circuit Court of Madison County, Tennessee, Case No. C-12-278.[3]

---

[1] Jones notes that Douglas incorrectly identified her as Daniel Jones in the Complaint. Jones correct name is Danielle Jones.
[2] 28 U.S.C. §§ 1441 and 1446
[3] Complaint (styled as "Civil Action") (attached as **Exhibit A**). Douglas filed an Amendment to the Complaint with the Circuit Court on November 14, 2012. But Jones has not been served with a copy of the Amendment. A copy of the Amendment is attached as **Exhibit B**.

1

2.     Douglas served the summons and complaint on Jones, Judge Don Allen, Dr. Lisa Piercey, Assistant Public Defender Greg Gookin, and Assistant District Attorney General Shaun Brown on November 5, 2012.[4] He served and District Attorney General Jerry Woodall on November 7, 2012.[5] He has not served the other defendants.[6]

3.     Douglas also served Jones with a copy of a motion for a temporary injunction.[7] Douglas has not served Jones with any other process, pleadings, or orders.

4.     Douglas has filed other pleadings with the Circuit Court, including a motion for trial by jury, a motion for consolidation of civil actions, and petition for writ of habeas corpus ad testificandum.[8]

5.     Douglas alleges that this is a "civil rights claim action" [sic][9] and he bases his claims on "the laws of the United States" and "the Federal Constitution".[10]

6.     Because this Court has original jurisdiction over claims arising under the laws of the United States,[11] the Court has jurisdiction in this case.

7.     Douglas also brings various state-law claims that arise out of the same transaction or occurrence as his federal claim.[12]

---

[4] Summonses (attached as **Exhibit C**).
[5] Id.
[6] Counsel for Jones checked with Madison County Circuit Court Clerk and no summonses had been issued for Defendants State of Tennessee, Jane Doe, Juries 1-13, John Doe, Juries 1-13, Jennifer Plunk, F.S., or Ralph Turner. Affidavit of M. Courtner, at ¶ (attached as **Exhibit D**).Therefore, there was no known address with which to serve these Defendants.
[7] Motion for a Temporary Injunction (attached as **Exhibit E**).
[8] The other pleadings filed in Circuit Court of Madison County, Tennessee are attached as **Exhibit F**.
[9] Complaint, at p. 2 and ¶ 14.
[10] Complaint, at ¶¶ 20 and 21.
[11] 28 U.S.C. § 1331
[12] Complaint, at ¶¶ 1, 2, 5, 8, 10, 11, 16, and 19.

8. Because the state-law claims are so related to the federal claims that they form part of the same case or controversy, these claims are within the supplemental jurisdiction of this Court.[13]

9. Because Jones filed the Notice of Removal within 30 days after service, the removal is timely.[14]

10. The parties who have been properly joined and served consent to removal of this action.

11. Because this Court's jurisdiction includes the county in which Douglas filed the state-court action, venue is proper. [15]

12. Jones will serve written notice of the removal on Douglas and all other Defendants and a copy will be filed with the Clerk of the Circuit Court of Madison County, Tennessee at Jackson promptly after this Notice of Removal is filed.

                Respectfully submitted,

                RAINEY, KIZER, REVIERE & BELL, P.L.C.

                BY:   s/ Dale Conder, Jr.
                     DALE CONDER, JR., BPR #015419
                     JOHN D. BURLESON, BPR #010400
                     MATTHEW R. COURTNER, BPR #029113
                     Attorney for Defendant Danielle Jones
                     209 E. Main St.
                     P. O. Box 1147
                     Jackson, Tennessee 38302-1147
                     (731) 423-2414

---

[13] 28 U.S.C. § 1367.
[14] 28 U.S.C. § 1446(b)
[15] 28 U.S.C. § 1441(a).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served by mailing postage prepaid or by delivery to the person or office of such counsel upon the following served parties:

Attorney General's Office
Heather Ross
Attorney for Defendants Judge Donald H.
Allen, Shaun Brown, Gregory Gookin,
and James Woodall
425 5th Avenue North, Cordell Hull Bldg.
P.O. Box 20207
Nashville, TN 37202

RAINEY, KIZER, REVIERE & BELL, P.L.C.
Timothy G. Wehner
Attorneys for Defendant Lisa Piercey, M.D.
105 S. Highland
P. O. Box 1147
Jackson, Tennessee  38302-1147

This the 30th day of November 2012.

　　　　　　　　　　　　　　　　　　___s/ Dale Conder, Jr._____